**IMMERSION CORPORATION,**
Plaintiff/Cross Defendant–
Appellee,

v.

**SONY COMPUTER ENTERTAINMENT AMERICA INC. and Sony Computer Entertainment Inc., Defendants/Cross Claimants–Appellants.**

v.

**Internet Services, LLC, Cross Defendant/Cross Claimant–Cross Appellant.**

No. 05–1227, 05–1358, 05–1441.

United States Court of Appeals,
Federal Circuit.

March 14, 2007.

### ORDER

Order Vacated, See 2007 WL 1192242.

The parties having so agreed, it is

scription.

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).